**Opinion issued May 12, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-21-00573-CV**

_____

**IN THE MATTER OF J. B. J.**

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-00424J**

---

**MEMORANDUM OPINION**

Appellant, J.B.J., has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.